■ In the Matter of the Probate of the Will of AMEDEO AJELLO, Deceased. MARTHA AJELLO et al., Appellants; MARY BRINA et al., Respondents.— Order unanimously affirmed on the law and in the exercise of discretion, with $20 costs and disbursements payable out of the estate to all parties filing briefs. In affirming the order, we call attention to the scope of the examination permitted under item 9, which may well encompass relevant matter otherwise seemingly excluded by the examination of items 5 to 8. That item provides for an examination into all the relevant facts and circumstances relating to the issues raised by each objection. In that respect it conforms to the practice adopted in the Supreme Court for examinations before trial and obviates the need for the items stricken by the Surrogate. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ HAROLD SELTZER et al., Respondents, v. IRVING J. BOTTNER et al., Defendants, and CHARLES R. LACHMAN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Settle order fixing date for examination to proceed. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ LOUIS MAZZELLA, Individually, and as Assignee of JESSIE MAZZELLA, Appellant, v. AMERICAN HOME CONSTRUCTION COMPANY, INC., Respondent.— Order vacating the default judgment is unanimously reversed, on the facts and on the law and in the exercise of discretion, with $20 costs and disbursements to the appellant, and the motion to vacate is denied, with $10 costs. The default was deliberate, and no adequate excuse to justify vacating the judgment has been presented. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of ANDREW BAKO, Petitioner, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ WILLIAM G. HIRZLER et al., Constituting the Vocational Salary Adjustment Committee of the High School Teachers' Association, Individually and as Members of the Committee, Acting as Agents and Representatives for and in Behalf of Each of the Teachers in the Vocational High Schools of the City of New York, et al., Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ DAVID L. SHINDLER, Respondent, v. EDMUND F. LAMB et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ WILLIAM RICHTER, Respondent, v. COLUMBIA BROADCASTING SYSTEM, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ. [17 Misc 2d 220.]

■ In the Matter of UNITED OPERATING CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.